HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JANET BATEMAN, CA Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANKLYN C. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00240 LJO-SKO-1 |
| Plaintiff, | |
| vs. | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |
| FRANKLYN C. JONES, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, FRANKLYN C. JONES, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

/ / /

/ / /

/ / /

DATED: March 28, 2016        /s/ *Franklyn C. Jones*
                                           FRANKLYN C. JONES
                                           Defendant

                                           HEATHER E. WILLIAMS
                                           Federal Defender

DATED: March 28, 2016        /s/ *Janet Bateman*
                                           JANET BATEMAN
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           FRANKLYN C. JONES

### O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated:   **March 28, 2016**                              **/s/ Sheila K. Oberto**
                                                                                            UNITED STATES MAGISTRATE JUDGE