PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>FRANKLYN JONES,<br><br>                              Defendant. | CASE NO.  1:15-cr-00240 LJO-SKO<br><br>STIPULATION TO CONTINUE<br>TRIAL DATE; FINDINGS AND<br>ORDER<br><br>DATE:   November 14, 2017<br>TIME:    8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for trial on April 4, 2017 at 8:30 a.m.

2.      By this stipulation, defendant now moves to continue the trial date until **November 14, 2017 at 8:30 a.m.** before the Court, and to exclude time between the date of this stipulation and November 14, 2017 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The government joins in this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case thus far includes several thousand pages of discovery, including investigative reports, records from search

1

warrants and related documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.     Counsel for the defendant was added to this case approximately four months ago to replace the defendant's original counsel.  Consequently, counsel for defendant desires additional time in preparation of this case, including additional time to continue to review the voluminous discovery and prepare for trial.  Defense counsel also needs additional time to conduct further investigation and have further settlement negotiations with the government.  The next, earliest convenient date for all parties for trial is November 14, 2017.

c.     The parties' case preparation and negotiations over case resolution have been complicated by the absence of current assigned government counsel, who has been out of office due to an ongoing family medical emergency.  The government anticipates that the assigned Assistant United States Attorney's absence from the office will continue for a substantial period of time, and the case will likely be reassigned for a November 2017 trial.  Thus, the requested continuance will conserve time and resources for the parties and the court.

d.     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.     The government does not object to, and joins in the request for, the continuance.

f.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to November 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:        February 3, 2017

/s/Jerome Price
JEROME PRICE
Counsel for Defendant
FRANKLYN JONES

DATED:        February 3, 2017

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

# O R D E R

IT IS SO FOUND AND ORDERED.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to November 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Trial of April 4, 2017 vacated and reset for November 14, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  __February 6, 2017__        _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28